UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOHN and CAROLE LAYTON, h/w )<br>)<br>) **Plaintiffs** )<br>)<br>vs. )<br>)<br>BUDZIK & DYNIA, LLC )<br>)<br>)<br>**Defendant** )<br>) | Case Number: 12-1199 |

### NOTICE OF DISMISSAL

PLEASE TAKE NOTICE that plaintiffs, John and Carole Layton, pursuant to Rule 41(a)(1)(i) of the Rules of the United States District Court, hereby dismisses the action captioned above with prejudice.

BY: /s/ Bruce K. Warren
Bruce K. Warren, Esquire
Attorney for Plaintiff
Bruce@warren-lawfirm.com
Warren Law Group
58 Euclid Street
Woodbury, NJ 08096
856-848-4572
856-324-9081